SEYFARTH SHAW LLP
Jennifer R. Brooks (State Bar No. 14480)
jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile:  (713) 225-2340

CLARK HILL, PLLC
Gia N. Marina
gmarina@clarkhill.com
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: (702) 697-7541

*Counsel for Defendant
Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| MELISSA JEAN COLEMAN, | Case No.: 2:24-cv-00398-ART-DJA |
|---|---|
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S STIPULATION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSES TO PLAINTIFF'S MOTIONS TO COMPEL**

Defendant Equifax Information Services LLC ("Equifax"), by and through its counsel of record, and Plaintiff Melissa Coleman ("Plaintiff") stipulate to an extension of time in which Equifax may file its responses to Plaintiff's August 26, 2024 Motions to Compel from September 9, 2024 to September 19, 2024.  In support of this stipulation, the Parties state as follows:

1. On August 26, 2024 Plaintiff Melissa Jean Coleman ("Plaintiff") filed a Motion to Compel Production to Plaintiff's Request for Productions 1, 2, 10, 16, 18-23, 35, 37, 38, 43, 44, 53, 54, 135, and 136.  (ECF No. 17)

2. On August 26, 2024, Plaintiff filed a Motion to Compel Further Answers to Plaintiff's Request for Interrogatories. (ECF No. 18)

3. On August 26, 2024, Plaintiff filed a Motion to Compel Production to Plaintiff's Request for Production 3-7, 11-14, 26, 28, 29, 123, 124, 126-129. (ECF No. 19)

4. Equifax's responses to these motions are currently due on September 9, 2024.

5. On August 27, 2024, the Court issued an Order setting a hearing on these motions for October 29, 2024. (ECF No. 20).

6. Equifax requires additional time to respond to these three motions and the Parties stipulate to a short extension of ten (10) days to September 19, 2024.

7. This stipulation is not made for the purposes of delay or harassment, and no party will be prejudiced by the additional time for Equifax to respond to Plaintiff's motions to compel.

8. On September 9, 2024, counsel for Equifax conferred with Plaintiff who stipulates to this request.

9. Additionally, Plaintiff agreed on September 9, 2024 to withdraw her Motion for a Protective Order (ECF No. 21). 1

//
//
//
//
//
//
//
//
//
//
//
//

2

313570513v.1

WHEREFORE, the Parties stipulate to an extension for Equifax to file its Responses to Plaintiff's Motions to Compel until September 19, 2024.

Respectfully submitted this 9th day of September, 2024.

| MELISSA J. COLEMAN | SEYFARTH SHAW LLP |
|---|---|
| By: /s/ Melissa J. Coleman | By: /s/ Gia N. Marina |
| Melissa J. Coleman | Jennifer R. Brooks, Bar No. 14480 |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| 620 Harvester Course Drive | SEYFARTH SHAW LLP |
| Las Vegas, NV 89148 | 2323 Ross Avenue |
|  | Suite 1660 |
| *Plaintiff, Pro Se* | Dallas, Texas 75201 |
|  | Telephone: (469) 608-6730 |
|  | Email: jrbrooks@seyfarth.com |
|  |  |
|  | Gia N. Marina |
|  | CLARK HILL, PLLC |
|  | 1700 S. Pavilion Center Drive |
|  | Suite 500 |
|  | Las Vegas, NV 89135 |
|  | Telephone: (702) 697-7541 |
|  | Email: gmarina@clarkhill.com |
|  |  |
|  | *Counsel for Defendant* |
|  | *Equifax Information Services LLC* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 9/11/2024

313570513v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S STIPULATION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSES TO PLAINTIFF'S MOTIONS TO COMPEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> Melissa Jean Coleman
> 620 Harvester Course Dr.
> Las Vegas, Nevada 89148
> Telephone:  (480) 524-7433

*/s/ Gia N. Marina*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

313570513v.1