SEYFARTH SHAW LLP
Jennifer R. Brooks (State Bar No. 14480)
jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile:  (713) 225-2340

CLARK HILL, PLLC
Gia N. Marina
gmarina@clarkhill.com
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Telephone: (702) 697-7541

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA JEAN COLEMAN,<br><br>             Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>             Defendant. | Case No.: 2:24-cv-00398-ART-DJA |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S STIPULATION FOR AN EXTENSION OF TIME TO FILE ITS REPLY TO
IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER**

Defendant Equifax Information Services LLC ("Equifax"), by and through its counsel of record, and Plaintiff Melissa Coleman ("Plaintiff") stipulate to an extension of time in which Equifax may file its Reply in Support of its Motion for a Protective Order (Doc. 14) from September 11, 2024 to September 19, 2024.  In support of this stipulation, the Parties state as follows:

1. On August 14, 2024 Equifax filed a Motion for a Protective Order regarding Plaintiff's Amended Notice of Deposition. (Doc. 14.)

2. On September 4, 2024, Plaintiff filed an Opposition to the Motion for a Protective Order. (Doc. 23.)

3. Equifax's reply is due on September 11, 2024.

313570513v.1

4. On August 27, 2024, the Court issued an Order setting a hearing on this motion for October 29, 2024. (ECF No. 20).

5. Equifax requires additional time to reply to Plaintiff's opposition and the Parties stipulate to a short extension of ten (10) days to September 19, 2024.

6. This stipulation is not made for the purposes of delay or harassment, and no party will be prejudiced by the additional time for Equifax to reply to Plaintiff's opposition.

7. On September 11, 2024, counsel for Equifax conferred with Plaintiff who stipulates to this request.

WHEREFORE, the Parties stipulate to an extension for Equifax to file its Reply in Support of its Motion for a Protective Order until September 19, 2024.

Respectfully submitted this 11th day of September, 2024.

| MELISSA J. COLEMAN | CLARK HILL, PLLC |
|---|---|
| By: */s/ Melissa J. Coleman* <br> Melissa J. Coleman <br> 620 Harvester Course Drive <br> Las Vegas, NV 89148 <br><br> *Plaintiff, Pro Se* | By: */s/ Gia N. Marina* <br> Jennifer R. Brooks, Bar No. 14480 <br> * *Admitted Pro Hac Vice* <br> SEYFARTH SHAW LLP <br> 2323 Ross Avenue <br> Suite 1660 <br> Dallas, Texas 75201 <br> Telephone: (469) 608-6730 <br> Email: jrbrooks@seyfarth.com <br><br> Gia N. Marina <br> CLARK HILL, PLLC <br> 1700 S. Pavilion Center Drive <br> Suite 500 <br> Las Vegas, NV 89135 <br> Telephone: (702) 697-7541 <br> Email: gmarina@clarkhill.com <br><br> *Counsel for Defendant* <br> *Equifax Information Services LLC* |

**IT IS SO ORDERED**.

_____
United States Magistrate Judge

DATED: 9/12/2024

313570513v.1

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2024, I presented the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Melissa Jean Coleman
> 620 Harvester Course Dr.
> Las Vegas, Nevada 89148
> Telephone: (480) 524-7433

*/s/ Gia N. Marina*
Gia N. Marina
*Counsel for Defendant*
*Equifax Information Services LLC*

CLARK HILL, PLLC
Las Vegas

313570513v.1