# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELISSA JEAN COLEMAN

Plaintiff(s),

vs.

EQUIFAX INFORMATION SERVICES LLC

Defendant(s).

Case # 2:24-cv-00398-ART-DJA

**ORDER APPROVING**

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

___Eric F. Barton___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Seyfarth Shaw LLP
(firm name)

with offices at ___1075 Peachtree Street, NE, Suite 2500___
(street address)

___Atlanta___ , ___Georgia___ , ___30309___
(city)   (state)   (zip code)

___(404) 885-1500___ , ___ebarton@seyfarth.com___
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Equifax Information Services LLC___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  05/17/2004  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of     Georgia
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached. | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5 16

I, Eric F. Barton, am a member in good standing of the bar of the following Courts:

| COURT | BAR NUMBER | DATE OF ADMISSION |
|---|---|---|
| Georgia State Courts | 040704 | May 17, 2004 |
| U.S.D.C. for the Middle District of Georgia | | May 17, 2004 |
| U.S.D.C. for the Northern District of Georgia | | May 17, 2004 |
| U.S.D.C. for the Southern District of Georgia | | June 27, 2019 |
| U.S.D.C. for the District of Colorado | | October 2, 2020 |
| U.S. Court of Appeals for the Third Circuit | | November 17, 2021 |
| U.S. Court of Appeals for the Eleventh Circuit | | March 1, 2019 |
| U.S. Court of Appeals for the Fourth Circuit | | December 21, 2023 |
| U.S. Court of Appeals for the Second Circuit | | March 6, 2024 |

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5 16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Georgia____ )
COUNTY OF ____Fulton____ )

____Eric F. Barton____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__2nd__ day of __October__, 20__

_____
Notary Public or Clerk of Court

[Notary Seal: Sallye Mae Thornton, Notary Public, State of Georgia, Hart County, My Comm. Exp. 3/27/2026]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Gia N. Marina____
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____1700 S. Pavilion Center Drive, Suite 500____
(street address)

| Las Vegas | Nevada | 89135 |
|---|---|---|
| (city) | (state) | (zip code) |

____(702) 697-7541____    ____gmarina@clarkhill.com____
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) ___Gia N. Marina___ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

*Charles Campbell*
(party's signature)

Charles Campbell, Legal Counsel at Equifax
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature] 11271
for  Designated Resident Nevada Counsel's signature

15276                gmarina@clarkhill.com
Bar number           Email address

**APPROVED.**

[signature]
Anne R. Traum
United States District Judge

DATED: October 4, 2024

5

Rev. 5/16



Lawyers *Serving the Public and the Justice System*

Mr. Eric Fristedt Barton
Seyfarth Shaw LLP
1075 Peachtree Street NE Suite 2500
Atlanta, GA 30309
UNITED STATES

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 10/30/2003
**BAR NUMBER:** 040704
**TODAY'S DATE:** 10/02/2024

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Official Representative of the State Bar of Georgia*

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435