SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 14480)
jrbrooks@seyfarth.com
700 Milam Street
Suite 1400
Houston, Texas 77002-2812
Tel: (713) 225-2300
Fax: (713) 225-2340

CLARK HILL, PLLC
Gia N. Marina
gmarina@clarkhill.com
1700 South Pavilion Center Drive
Suite 500
Las Vegas, Nevada 89135
Tel: (702) 697-7541

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA JEAN COLEMAN,<br><br>            Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>            Defendant. | Case No.: 2:24-cv-00398-ART-DJA<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES**<br><br>**(Second Request)** |

Plaintiff Melissa Coleman and Defendant Equifax Information Services LLC hereby stipulate and agree as follows:

WHEREAS, on September 12, 2024, this Court granted the parties' first stipulation to extend pretrial deadlines. *See* ECF No. 31.

WHEREAS, the current deadline to complete discovery is December 16, 2024, and the dispositive motion deadline is January 14, 2025. *Id.*

WHEREAS, the parties have completed the following discovery to date: served and/or responded to written discovery, issued third-party subpoenas, taken the oral deposition of Plaintiff, exchanged expert disclosures, and scheduled the deposition of Equifax's corporate representative

315042804v.1

for December 13, 2024. Equifax has also issued deposition subpoenas to several of Plaintiff's fact witnesses, which have been noticed for December 11, 2024.

WHEREAS, the parties have engaged in a number of meet and confers regarding ongoing discovery issues that the parties have been actively attempting to resolve without the need for Court intervention. While the parties have successfully resolved many discovery disputes informally, the issues presented in Plaintiff's Motion to Compel Further Answers to Plaintiff's Request for Interrogatories (ECF No. 18) remain pending before the Court. Moreover, Equifax anticipates filing a motion for protective order as to certain topics of examination proposed by Plaintiff for the deposition of Equifax's corporate representative. The parties also anticipate that Plaintiff's fact witnesses will be unavailable for their scheduled deposition due to the upcoming holidays, which will require those depositions to be pushed further out than initially anticipated. In addition, counsel for Equifax who primarily handled this matter has been on extended maternity leave, requiring additional time for new counsel for Equifax to get up to speed.

WHEREAS, the parties require more time to adequately complete oral discovery and prepare their dispositive motions. As such, considering the above, the parties stipulate and request that the Court approve the following briefing schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery cutoff date | December 16, 2024 | **February 14, 2025** |
| Dispositive motions | January 14, 2025 | **April 14, 2025** |
| Pretrial order | February 14, 2025 | **May 14, 2025** |

WHEREAS, this extension will allow the parties sufficient time to complete discovery, including taking of third-party depositions and acquiring all documents from third-parties, facilitate settlement negotiations, allow additional time for the parties to attempt to resolve any remaining discovery disputes without need for further Court intervention, and allow sufficient time for the parties to prepare dispositive motions.

WHEREAS, this is the parties' second request for an extension of pretrial deadlines. This stipulated request is filed in good faith and not for the purposes of undue delay.

315042804v.1

1 **IT IS SO STIPULATED.**

2

3  DATED:  December 4, 2024              Respectfully submitted,

4

5

6  By: */s/ Melissa Jean Coleman*              By: */s/ Jennifer R. Brooks*
    Melissa Jean Coleman                     *Jennifer R. Brooks*
7      620 Harvester Course Dr.                 jrbrooks@seyfarth.com
    Las Vegas, NV 89148                      SEYFARTH SHAW LLP
8      Tel: (480) 524-7433                      2323 Ross Avenue
                                             Suite 1660
9  *Pro Se Plaintiff*                          Dallas, TX  75201
                                             Telephone: (469) 608-3730
10

11                                         *Counsel for Defendant*
                                             *Equifax Information Services LLC*
12

13

14

15  **IT IS SO ORDERED.**

16  DATED: 12/5/2024

17

18  _____

19  DANIEL J. ALBREGTS
    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

3

315042804v.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jennifer R. Brooks
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

315042804v.1