IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA JEAN COLEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendant. | Case No.: 2:24-cv-00398-ART-DJA<br><br>**ORDER GRANTING**<br><br>**JOINT MOTION REQUESTING A SETTLEMENT CONFERENCE WITH THE MAGISTRATE JUDGE** |

Plaintiff Melissa Jean Coleman ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), by and through its counsel, and in accordance with Local Rule IB 1-7(b) and 28 U.S.C. § 652, the parties hereby request that the Court refer this case to the Magistrate Judge for the purposes of conducting a settlement conference.

The Parties have engaged in preliminary settlement discussions and believe that a settlement conference may result in settlement as to all parties.

Before the retention of experts, the Parties believe that the time is appropriate for a concerted effort to try and resolve this litigation, through the services and guidance of the Magistrate Judge subject to this Court's permission.

CLARK HILL, PLLC
Las Vegas

317180871v.1

WHEREFORE PREMISES CONSIDERED, Plaintiff and Equifax respectfully ask that this matter be referred to the Magistrate Judge in order to convene and direct a settlement conference in this matter.

DATED: April 9, 2025                     Respectfully submitted,

MELISSA J. COLEMAN                       SEYFARTH SHAW LLP

By: */s/ Melissa J. Coleman*             By: */s/ Jennifer R. Brooks*
    Melissa J. Coleman                        Jennifer R. Brooks, Bar No. 14480
    *\* Admitted Pro Hac Vice*                *\* Admitted Pro Hac Vice*
    620 Harvester Course Drive                SEYFARTH SHAW LLP
    Las Vegas, NV  89148                      2323 Ross Avenue
                                                   Suite 1660
    *Plaintiff, Pro Se*                       Dallas, Texas 75201
                                                   Telephone: (469) 608-6730
                                                   Email: jrbrooks@seyfarth.com

                                                   Gia N. Marina
                                                   CLARK HILL, PLLC
                                                   1700 S. Pavilion Center Drive
                                                   Suite 500
                                                   Las Vegas, NV 89135
                                                   Telephone: (702) 697-7541
                                                   Email: gmarina@clarkhill.com

                                                   *Counsel for Defendant*
                                                   *Equifax Information Services LLC*

IT IS SO ORDERED:

Dated this 10th day of April 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE