IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

MELISSA JEAN COLEMAN,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

Case No.: 2:24-cv-00398-ART-DJA

**ORDER GRANTING
STIPULATION FOR DISMISSAL
WITH PREJUDICE**

    The court, upon consideration of the joint filing between Plaintiff, Melissa Jean Coleman, and Defendant, Equifax Information Services, LLC, titled Stipulation for Dismissal with Prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) and for good cause shown, hereby GRANTS the Stipulation for Dismissal with Prejudice.

Date: 7/23/2025

_____
United States District Judge
District of Nevada

309470399v.1